UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————————

**IN RE APPLICATION OF JANE BENZAQUEN**

25-mc-506 (JGK)

ORDER

—————————————————————————————

**JOHN G. KOELTL, District Judge:**

There is an insufficient showing why this discovery application should proceed ex parte. The petition seeks a subpoena directed to New York Presbyterian Hospital ("NYP") for use in a Belgian proceeding. The only basis for ex parte consideration is that NYP will have the opportunity to move to quash the subpoena, but that does not explain why NYP, as well as the participants in the Belgian proceeding, should not have the opportunity to resist the issuance of the subpoena at the outset.

Therefore, the petitioner should serve a copy of the petition on NYP and the parties to the Belgian proceeding within fourteen days. The petitioner should file proof of service within five days of service. The respondents should then respond to the petition within twenty-one days after service on them, and the petitioner may reply ten days thereafter.

SO ORDERED.
Dated:   New York, New York
         November 11, 2025

_____
John G. Koeltl
United States District Judge