UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
In The Matter of the Application of BENZAQUEN,      :
JANE, for an Order Pursuant to 28 U.S.C. § 1782 to Take  :          25 Misc. 506 (JPC)
Discovery, Pursuant to the Federal Rules of Civil        :
Procedure                                               :          ORDER
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     This case has been reassigned to the undersigned.  The conference currently scheduled to take place before Judge Koeltl on December 10, 2025, at 3:00 p.m. will now take place before the undersigned at the same time.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

     SO ORDERED.

Dated: December 9, 2025
     New York, New York

                       JOHN P. CRONAN
                United States District Judge