UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                          :

In The Matter of the Application of BENZAQUEN,    :
JANE, for an Order Pursuant to 28 U.S.C. § 1782 to Take  :          25 Misc. 506 (JPC)
Discovery, Pursuant to the Federal Rules of Civil      :
Procedure                                        :           ORDER
                                            :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

For the reasons discussed on the record at today's conference, the Court grants leave to the

Kingdom of Morocco (the "Kingdom") to file a motion to intervene and sets the following briefing

schedule: the Kingdom's motion is due December 12, 2025, Applicant's brief in opposition is due

December 22, 2025, and the Kingdom's reply is due January 12, 2026.

SO ORDERED.

Dated: December 11, 2025
      New York, New York

                                   JOHN P. CRONAN
                         United States District Judge