UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In The Matter of the Application of BENZAQUEN, JANE, for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure | 25 Misc. 501 (JPC)<br>25 Misc. 506 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

By February 27, 2026, New York-Presbyterian and Mount Sinai Health System ("Respondents") shall file a letter advising whether they have records that would be responsive to Petitioner's proposed subpoena. These filings shall be filed initially under seal, with copies sent to counsel for Petitioner and the Kingdom of Morocco.

For clarity, the Court is not currently directing Respondents to comply with the proposed subpoena.

Petitioner's counsel shall serve this Order on Respondents within two business days of this Order. The Clerk of Court is respectfully directed to file this Order on the dockets of Case Numbers 25 Misc. 501 and 25 Misc. 506.

SO ORDERED.

Dated: February 13, 2026
New York, New York

JOHN P. CRONAN
United States District Judge